```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
EMILIO GARCIA,                                                 :
                                                               :
                                    Plaintiff,                 :     1:24-cv-7587-GHW
                                                               :
                  -v-                                          :     ORDER
                                                               :
ROC NATION LLC, *et al.*,                                      :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    In an order dated October 7, 2024, the Court ordered that "counsel for all parties participate in an initial pretrial conference" on November 6, 2024 at 4:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Dkt. No. 44. On November 5, 2024, the Court issued an order moving the location of the conference from Courtroom 12C to Courtroom 26B at 500 Pearl Street, New York, NY 10007. Dkt. No. 55. On November 6, 2024, the Court, the court staff, the court reporter, and counsel for Defendants appeared at the scheduled time, but Plaintiff failed to appear. Plaintiff did not make a request to adjourn the conference prior to the scheduled time. The Court will hold another initial pretrial conference on November 18, 2024 at 4:00 p.m. in Courtroom 26B, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Counsel for all parties are ordered to appear.

    A district court has "inherent power to sanction misconduct by an attorney that involves that attorney's violation of a court order . . . ." *United States v. Seltzer*, 227 F.3d 36, 42 (2d Cir. 2000). Where misconduct involves "violation of a court order or other misconduct that is not undertaken for the client's benefit, the district court need not find bad faith before imposing a sanction under its inherent power." *Id.* Counsel for Plaintiff is ordered to show cause no later than November 12,

2

2024 why he should not be sanctioned for violating the Court's order and failing to appear as scheduled at the November 6, 2024 in-person conference. Any response is due no later than November 15, 2024.

    SO ORDERED.

Dated: November 6, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge