# EXHIBIT 1

| | |
|---|---|
| **From:** | Ronald Zambrano <ron@westcoasttriallawyers.com> |
| **Sent:** | Thursday, October 24, 2024 6:21 PM |
| **To:** | Mari Henderson |
| **Cc:** | Julian Schoen; Joanna Menillo; Jordan Siev; Kleinmann, Michael R. |
| **Subject:** | RE: Garcia v. Megan thee Stallion, Roc Nation, et. al. - Meet and Confer this week |

**[EXTERNAL EMAIL from ron@westcoasttriallawyers.com]**

Mari:

It hit me that more than just the order to NY has happened based on our conversation just now – e.g., orders of who needs to appear in.   We've received no such orders.

Using the case number provided by the CA District Court of the NY case number, I checked the PACER docket for the NY case number and see there's been a lot of activity since #43.   My office hasn't received anything on this case since 10/4.

Can you forward a ECF email confirmation relaying any of the activity after 10/4 to see what emails are being used for service to my office??

Thank you,
Ron



**Ronald L. Zambrano**
Partner & Employment Litigation Chair

(888) 888-WCTL (9285)
westcoasttriallawyers.com
California | Nevada | Arizona | Washington

   

---

**From:** Mari Henderson <marihenderson@quinnemanuel.com>
**Sent:** Thursday, October 24, 2024 9:00 AM
**To:** Ronald Zambrano <ron@westcoasttriallawyers.com>
**Cc:** Julian Schoen <julianschoen@quinnemanuel.com>; Joanna Menillo <joannamenillo@quinnemanuel.com>; Jordan Siev <JSiev@ReedSmith.com>; Kleinmann, Michael R. <MKleinmann@ReedSmith.com>
**Subject:** RE: Garcia v. Megan thee Stallion, Roc Nation, et. al. - Meet and Confer this week

Yes, I will send a Zoom invite for 3 pm PT today.

Thanks,

Mari


**Mari Henderson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3364 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
marihenderson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Ronald Zambrano <ron@westcoasttriallawyers.com>
**Sent:** Wednesday, October 23, 2024 10:25 PM
**To:** Mari Henderson <marihenderson@quinnemanuel.com>
**Cc:** Julian Schoen <julianschoen@quinnemanuel.com>; Joanna Menillo <joannamenillo@quinnemanuel.com>; Jordan Siev <JSiev@ReedSmith.com>; Kleinmann, Michael R. <MKleinmann@ReedSmith.com>
**Subject:** RE: Garcia v. Megan thee Stallion, Roc Nation, et. al. - Meet and Confer this week

**[EXTERNAL EMAIL from ron@westcoasttriallawyers.com]**

Counsel – I'm available tomorrow (Thursday) from 3-4. That still work?

Ron

**From:** Mari Henderson <marihenderson@quinnemanuel.com>
**Sent:** Tuesday, October 22, 2024 3:27 PM
**To:** Ronald Zambrano <ron@westcoasttriallawyers.com>; Filings <Filings@westcoasttriallawyers.com>
**Cc:** Julian Schoen <julianschoen@quinnemanuel.com>; Joanna Menillo <joannamenillo@quinnemanuel.com>; Jordan Siev <JSiev@ReedSmith.com>; Kleinmann, Michael R. <MKleinmann@ReedSmith.com>
**Subject:** Garcia v. Megan thee Stallion, Roc Nation, et. al. - Meet and Confer this week

Dear Mr. Zambrano,

Following the transfer to New York and reassignment to Judge Woods, the parties have been ordered to prepare a joint filing due October 30 and directed to meet and confer prior to filing the joint letter. We have prepared a first draft of the joint filing, with highlights to indicate where Plaintiff's position needs to be inserted. We have also prepared the civil case management plan and scheduling order as Judge Woods requires, attached. Please review both, provide any additions and return back to us for review Friday prior to the joint filing next week.

Please let us know when you are available to meet and confer this week. We are available tomorrow or Thursday between 12 pm PT – 4 pm PT. Please also let us know if your client has retained New York counsel so they can be included in the joint filing and the meet and confer.

Thank you,

Mari

**Mari Henderson**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3364 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
marihenderson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.