# EXHIBIT 3

| | |
|---|---|
| **From:** | Woods NYSD Chambers <WoodsNYSDChambers@nysd.uscourts.gov> |
| **Sent:** | Thursday, October 24, 2024 7:05 PM |
| **To:** | Ronald Zambrano; Woods NYSD Chambers |
| **Cc:** | Nefthaly Rivera; Julian Schoen; Joanna Menillo; Jordan Siev; Kleinmann, Michael R.; Nefthaly Rivera; Mari Henderson |
| **Subject:** | RE: CASE #: 1:24-cv-07587-GHW    Garcia v. Megan thee Stallion, Roc Nation, et. al. - Meet and Confer this week |

**[EXTERNAL EMAIL from woodsnysdchambers@nysd.uscourts.gov]**

Dear Counsel,

Please review and comply with Judge Woods' Individual Rules of Practice in Civil Cases.  Pursuant to those rules, all communications with the Court must, by default, be made by letter filed on the docket.  Judge Woods' Individual Rules also direct counsel to the Court's ECF Help Desk for question regarding the ECF system, rather than to the district judge presiding over the case.

Thank you.

Chambers of the Honorable Gregory H. Woods
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007
(212) 805-0296

---

**From:** Ronald Zambrano <ron@westcoasttriallawyers.com>
**Sent:** Thursday, October 24, 2024 6:40 PM
**To:** Woods NYSD Chambers <WoodsNYSDChambers@nysd.uscourts.gov>
**Cc:** Nefthaly Rivera <Nefthaly@westcoasttriallawyers.com>; Julian Schoen <julianschoen@quinnemanuel.com>; Joanna Menillo <joannamenillo@quinnemanuel.com>; Jordan Siev <JSiev@ReedSmith.com>; Kleinmann, Michael R. <MKleinmann@ReedSmith.com>; Nefthaly Rivera <Nefthaly@westcoasttriallawyers.com>; Mari Henderson <marihenderson@quinnemanuel.com>
**Subject:** CASE #: 1:24-cv-07587-GHW Garcia v. Megan thee Stallion, Roc Nation, et. al. - Meet and Confer this week

**CAUTION - EXTERNAL:**

To the Honorable Court:

I am counsel for Plaintiff Emilio Garcia in the matter transferred from the Central District of California, to Judge Woods' courtroom in the Southern District of New York.  Case Number CASE #: 1:24-cv-07587-GHW.   Counsel for defendants are copied.

1

My office has not received any ECF activity since #42, the Order Transferring the matter.

I've accessed the docket and see there are no email listed under my name or that of Neama Rahmani, the other attorney on this matter

That there was any activity came by way of implication when counsel for Defendants sought to meet and confer per Judge Woods' orders.  It didn't hit me that there was substantive activity occurring – i.e., an Initial Conference set for 11/6 – till 30 minutes ago during a video conference setup by Defense counsel.

I am currently looking for NY counsel.   In the interim, how do I get our emails included in the ECF systemso we are notified are filings and activity with the Court?

Thank you in advance.

Sincerely,
Ron



**Ronald L. Zambrano**
Partner & Employment Litigation Chair

📱 (888) 888-WCTL (9285)

🔗 <u>westcoasttriallawyers.com</u>
California | Nevada | Arizona | Washington

   

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.