# EXHIBIT 4

# Julian Schoen

| | |
|---|---|
| **From:** | Ronald Zambrano <ron@westcoasttriallawyers.com> |
| **Sent:** | Tuesday, November 5, 2024 6:09 PM |
| **To:** | Joanna Menillo; WoodsNYSDChambers@nysd.uscourts.gov |
| **Cc:** | Nefthaly Rivera; Jordan Siev; Kleinmann, Michael R.; Mari Henderson; Julian Schoen |
| **Subject:** | RE: Garcia v. Roc Nation, LLC et al. - 24-cv-07587-GHW |

**[EXTERNAL EMAIL from ron@westcoasttriallawyers.com]**

All -  I still haven't found local counsel.  I'm currently working with someone in NY to see if they'll allow me to participate.  What should I for tomorrow?

**From:** Joanna Menillo <joannamenillo@quinnemanuel.com>
**Sent:** Tuesday, November 5, 2024 11:17 AM
**To:** WoodsNYSDChambers@nysd.uscourts.gov
**Cc:** Ronald Zambrano <ron@westcoasttriallawyers.com>; Nefthaly Rivera <Nefthaly@westcoasttriallawyers.com>; Jordan Siev <JSiev@ReedSmith.com>; Kleinmann, Michael R. <MKleinmann@ReedSmith.com>; Mari Henderson <marihenderson@quinnemanuel.com>; Julian Schoen <julianschoen@quinnemanuel.com>
**Subject:** Garcia v. Roc Nation, LLC et al. - 24-cv-07587-GHW

Dear Judge Woods,

Pursuant to Rule 2(A) of Your Honor's Individual Rules of Practice in Civil Cases, attached please find the parties' appearance sheet for tomorrow's initial conference scheduled for 4:00 pm.  We provided a copy of this appearance sheet to both counsel to confirm it's accuracy and received such confirmation from co-defense counsel, but not from Plaintiff's counsel as of yet.

In addition, the parties are also providing an editable version of the proposed Case Management Plan and Scheduling Order that was filed on ECF.

Respectfully submitted,
Joanna Menillo

**Joanna Menillo**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7050 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
joannamenillo@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.