```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                                               :
EMILIO GARCIA,                                              :

                              Plaintiff,        :          1:24-cv-7587-GHW

                                                       :
                 -v-                           :                ORDER
                                                       :
ROC NATION LLC, *et al.*,               :

                             Defendants.  :

-------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      By letter dated January 28, 2025, Defendants requested a pre-motion conference to discuss Defendants' proposed motion to dismiss the First Amended Complaint. Dkt. No. 89. Because the parties have discussed these issues at previous conferences held on the record, the Court grants Defendants leave to file the proposed motion to dismiss. The deadline for Defendants to file and serve their motion to dismiss is February 12, 2025. Plaintiff's opposition is due within twenty-one days after service of Defendants' motion. Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 89.

      SO ORDERED.

Dated: January 29, 2025
       New York, New York

                                                                           GREGORY H. WOODS
                                                                 United States District Judge