```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                              :
EMILIO GARCIA,                                :
                                              :
                              Plaintiff,      :    1:24-cv-7587-GHW
                                              :
              -v-                             :    ORDER
                                              :
ROC NATION LLC, *et al.*,                     :
                                              :
                              Defendants.     :
                                              :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

By letter dated February 6, 2025, the parties informed the Court of a discovery dispute relating to the deposition of Defendant Megan Pete, named on the docket as Megan Thee Stallion. Dkt. No. 91. The Court will hold a conference on February 10, 2025 at 1:00 p.m. to discuss the matter. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: February 6, 2025
       New York, New York                    _____
                                             GREGORY H. WOODS
                                             United States District Judge