UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILIO GARCIA,<br><br>              *Plaintiff*,<br><br>v.<br><br>ROC NATION LLC; HOT GIRL TOURING, LLC; MEGAN THEE STALLION ENTERTAINMENT, INC.; MEGAN THEE STALLION; and DOES 1 THROUGH 10, inclusive,<br><br>              *Defendants*. | Civil Action No.   1:24-cv-07587-GHW<br><br>**NOTICE OF MOTION** |

      **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, defendant Roc Nation, LLC will move before the Honorable Gregory H. Woods, on March 6, 2025, at 9:30 a.m., in Courtroom 12C at the United States District Court located at 500 Pearl Street, New York, NY 10007, for an Order dismissing the First Amended Complaint as against Roc Nation LLC, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, as well as such other and further relief the Court may deem proper.

      **PLEASE TAKE FURTHER NOTICE** that, answering papers, if any, shall be e-filed with the Court no later than two (2) weeks after receipt of these motion papers, i.e. on or before February 26, 2025; and reply papers, if any, shall be e-filed with the Court no later than one (1) week after the receipt of opposition papers, i.e. on or before March 5, 2025.

| | |
|---|---|
| Dated: New York, New York<br>       February 12, 2025 | **REED SMITH LLP**<br><br> */s/ Jordan W. Siev*                       <br>Jordan W. Siev |

- 2 -

        Michael R. Kleinmann (pro hac vice)
        599 Lexington Avenue
        New York, New York 10022
        Tel: 212-521-5400
        Fax: 212-521-5450
        Email: jsiev@reedsmith.com

*Attorneys for Defendant Roc Nation, LLC*