UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILIO GARCIA,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>ROC NATION LLC; HOT GIRL TOURING, LLC; MEGAN THEE STALLION ENTERTAINMENT, INC.; MEGAN THEE STALLION; and DOES 1 THROUGH 10, inclusive,<br><br>　　　　*Defendants*. | Civil Action No.　1:24-cv-07587-GHW<br><br>**NOTICE OF MOTION TO DISMISS** |

　　　　PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Megan Thee Stallion, Hot Girl Touring, LLC, and Megan Thee Stallion Entertainment, Inc.'s (collectively, the "Pete Defendants") Motion to Dismiss, dated February 12, 2025, and all prior pleadings and proceedings herein, the Pete Defendants, by their undersigned attorneys, hereby move this Court, before the Honorable Gregory H. Woods, United States District Judge, at the United States Courthouse, at 500 Pearl Street, New York, New York 10007-1312, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the First Amended Complaint (Dkt. No. 88) (1) for failure to state a claim; and (2) for such other and further relief the Court deems just and proper.

|  |  |
|---|---|
| DATED: February 12, 2025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>By: /s/ Joanna E. Menillo<br>Alex B. Spiro<br>Joanna E. Menillo<br>alexspiro@quinnemanuel.com<br>joannamenillo@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010-1601<br>(212) 849-7000<br><br>Mari F. Henderson (*pro hac vice*)<br>Julian T. Schoen (*pro hac vice*)<br>marihenderson@quinnemanuel.com<br>julianschoen@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>(213) 443 3000<br><br>*Attorneys for Defendants Megan Thee Stallion, Megan Thee Stallion Entertainment, Inc., and Hot Girl Touring, LLC* |