August 15, 2025

<u>**VIA ECF**</u>

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **RE:** *Emilio Garcia v. Roc Nation LLC, et al.*
           S.D.N.Y. Case No. 24-cv-07587 (GHW)
           <u>Request to File Corrected Second Amended Complaint</u>

Dear Judge Woods:

Plaintiff Emilio Garcia ("Plaintiff") and Defendants Megan Thee Stallion, Megan Thee Stallion Entertainment, Inc. and Hot Girl Touring, LLC ("Stallion Defendants"), and Roc Nation, LLC ("Roc Nation") (collectively "Parties") write jointly and respectfully request the Court's permission for: (i) Plaintiff to file a corrected Second Amended Complaint ("SAC"); and (ii) a one-week extension from the date of filing of the corrected SAC for Defendants to file their responsive pleadings.

Pursuant to the Court's Order on July 7, 2025, Plaintiff filed the SAC on August 4, 2025 (Dck. 125). Thereafter, it was discovered Paragraph 29 was inadvertently included in the SAC. Counsel for Plaintiff sought guidance from the Clerk of the Court on filing a corrected SAC to exclude this paragraph and were instructed by the Clerk on August 14, 2025 to seek permission from the Court to file a corrected version of the SAC. Given the recency of receiving this information from the Clerk's office and its overlap with the Defendants' current deadline to file an answer to the SAC—August 15—the Defendants require additional time to submit their answer to the corrected SAC.

As such, the Parties respectfully request permission for Plaintiff to file a corrected SAC and a one-week extension thereafter for Defendants file their responsive pleadings.

This is the Parties' first request for filing a corrective pleading and for an extension of the responsive pleading deadline.

We thank the Court for its time and attention to this matter.


//
//

//

//

//

Respectfully submitted,

| | |
|---|---|
| /s/ *Joseph Jeziorkowski* | /s/ *Joanna E. Menillo* |
| **VALIANT LAW** | **QUINN EMANUEL URQUHART** |
| Joseph Jeziorkowski | **& SULLIVAN, LLP** |
| Daniel Folchetti | Alex Spiro |
| William Knight | Joanna E. Menillo |
| 2 Westchester Park Drive, Suite 205 | 295 Fifth Avenue |
| White Plains, New York 10604 | New York, New York 10016 |
| Tel.: (914) 730-2422 | Tel.: (212) 849-7000 |
| | |
| **WEST COAST TRIAL LAWYERS APLC** | Mari Henderson (*pro hac vice*) |
| Ronald L. Zambrano (*pro hac vice*) | Julian Schoen |
| 1147 South Hope Street | 865 S. Figueroa Street, 10th Floor |
| Los Angeles, CA 90015 | Tel.: (213) 443-3000 |
| Tel.: (213) 927-3700 | |
| | *Attorneys for Defendants Megan Thee Stallion, Hot Girl Touring, LLC, Megan Thee Stallion Entertainment, Inc.* |
| *Attorneys for Plaintiff Emilio Garcia* | |

/s/ *Jordan Siev*
**REED SMITH LLP**
Jordan Siev
Michael Kleinmann (*pro hac vice*)
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 205-6085

*Attorneys for Defendant Roc Nation, LLC*