**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case No.: 1:24-cv-07587-GHW

EMILIO GARCIA, as an Individual,

Plaintiff,

vs.

ROC NATION LLC., a Delaware business organization; HOT GIRL TOURING, LLC, a Delaware Business Organization.; MEGAN THEE STALLION ENTERTAINMENT, INC., a Delaware Business Organization; MEGAN THEE STALLION, an individual, and DOES 1 through 10, inclusive,,

Defendant.

**DEFENDANT ROC NATION LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant Roc Nation, LLC ("Roc Nation"), by and through its attorneys, Reed Smith LLP, hereby answer and assert affirmative defenses to the Second Amended Complaint (the "Complaint") of Plaintiff Emilio Garcia ("Plaintiff") as follows:

## PRELIMINARY STATEMENT

1.    The allegations contained in paragraph 1 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required. To the extent that a response is required, Roc Nation denies the allegations contained in paragraph 1 of the Complaint.

2.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 2 of the Complaint and on that basis denies them.

3.    The allegations contained in paragraph 3 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required. To the extent that a response is required, Roc Nation denies the allegations contained in paragraph 3 of the Complaint. Roc Nation denies knowledge or information sufficient to form a belief as to the

allegation contained in paragraph 3 of the Complaint that Plaintiff was "black balled" by Pete and on that basis denies it.

4.      The allegations contained in paragraph 4 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 4 of the Complaint.

**PARTIES**

5.      Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 5 of the Complaint and on that basis denies them.

6.      Roc Nation denies the allegations in paragraph 6 of this Complaint that its principal place of business is or has ever been located at 953 N. Sycamore Avenue, Los Angeles, CA 90038. Roc Nation admits it is a Delaware limited liability company.

7.      Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 7 of the Complaint and on that basis denies them.

8.      Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 8 of the Complaint and on that basis denies them.

9.      Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 9 of the Complaint and on that basis denies them.

10.      The allegations contained in paragraph 10 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required, except that Roc Nation denies the allegation that Defendants share a common commercial business purpose, address and location.  Roc Nation denies knowledge or information sufficient to form a

belief as to the allegations contained in paragraph 10 of the Complaint that are not directed to Roc Nation and on that basis denies them.

11.    Roc Nation denies the allegations contained in paragraph 11 of the Complaint.

12.    Roc Nation denies the allegations contained in paragraph 12 of the Complaint.

13.    The allegations contained in paragraph 13 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations in paragraph 13 of the Complaint. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 13 of the Complaint that are not directed to Roc Nation and on that basis denies them.

14.    The allegations contained in paragraph 14 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations in paragraph 14 of the Complaint.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 14 of the Complaint that are not directed to Roc Nation and on that basis denies them.

15.    Roc Nation denies the allegations contained in paragraph 15 of the Complaint.

16.    Roc Nation denies the allegations contained in paragraph 16 of the Complaint.

17.    The allegations contained in paragraph 17 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations in paragraph 17 of the Complaint.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 17 of the Complaint that are not directed to Roc Nation and on that basis denies them.

18.     The allegations contained in paragraph 18 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations in paragraph 18 of the Complaint. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 18 of the Complaint that are not directed to Roc Nation and on that basis denies them.

## JURISDICTION AND VENUE

19.     The allegations contained in paragraph 19 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

20.     The allegations contained in paragraph 20 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

## PREREQUISITES

21.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 21 of the Complaint and on that basis denies them.

## STATEMENT OF FACTS

### *Plaintiff's Employment with Defendants*

22.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 22 of the Complaint and on that basis denies them.

23.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 23 of the Complaint and on that basis denies them.  Roc Nation specifically denies that it had a "practice" that required Plaintiff to take photographs, videos, and edit content.

24.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 24 of the Complaint and on that basis denies them.

25.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 25 of the Complaint and on that basis denies them.

26.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 26 of the Complaint and on that basis denies them.

27.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 27 of the Complaint and on that basis denies them.

28.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 28 of the Complaint and on that basis denies them.

29.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 29 of the Complaint and on that basis denies them.

30.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 30 of the Complaint and on that basis denies them.

31.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 31 of the Complaint and on that basis denies them.

32.     Roc Nation denies that Plaintiff ever performed work for Roc Nation.  Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 32 of the Complaint and on that basis denies them.

### The Birthday Strip-Club Excursion in New York City

33.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 33 of the Complaint and on that basis denies them.

34.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 34 of the Complaint and on that basis denies them.

35.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 35 of the Complaint and on that basis denies them.

36.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 36 of the Complaint and on that basis denies them.

37.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 37 of the Complaint and on that basis denies them.

38.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 38 of the Complaint and on that basis denies them.

39.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 39 of the Complaint and on that basis denies them.

40.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 40 of the Complaint and on that basis denies them.

41.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 41 of the Complaint and on that basis denies them.

42.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 42 of the Complaint and on that basis denies them.

43.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 43 of the Complaint and on that basis denies them.

44.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 44 of the Complaint and on that basis denies them.

45.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 45 of the Complaint and on that basis denies them.

46.     The allegations contained in paragraph 46 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 46 of the Complaint and on that basis denies them.

### *Pete Forced Plaintiff to Watch as She Engaged in Group Sex During Their Trip in Spain*

47.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 47 of the Complaint and on that basis denies them.

48.     Roc Nation denies that it had a "practice" of requiring Plaintiff to go to a nightclub in Ibiza, Spain. Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 48 of the Complaint and on that basis denies them.

49.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 49 of the Complaint and on that basis denies them.

50.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 50 of the Complaint and on that basis denies them.

51.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 51 of the Complaint and on that basis denies them.

52.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 52 of the Complaint and on that basis denies them.

53.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 53 of the Complaint and on that basis denies them.

54.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 54 of the Complaint and on that basis denies them.

55.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 55 of the Complaint and on that basis denies them.

56.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 56 of the Complaint and on that basis denies them.

57.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 57 of the Complaint and on that basis denies them.

58.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 58 of the Complaint and on that basis denies them.

59.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 59 of the Complaint and on that basis denies them.

60.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 60 of the Complaint and on that basis denies them.

61.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 61 of the Complaint and on that basis denies them.

62.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 62 of the Complaint and on that basis denies them.

63.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 63 of the Complaint and on that basis denies them.

64.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 64 of the Complaint and on that basis denies them.

65.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 65 of the Complaint and on that basis denies them.

66.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 66 of the Complaint and on that basis denies them.

67.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 67 of the Complaint and on that basis denies them.

68.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 68 of the Complaint and on that basis denies them.

69.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 69 of the Complaint and on that basis denies them.

70.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 70 of the Complaint and on that basis denies them.

71.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 71 of the Complaint and on that basis denies them.

72.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 72 of the Complaint and on that basis denies them.

73.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 73 of the Complaint and on that basis denies them.

74.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 74 of the Complaint and on that basis denies them.

75.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 75 of the Complaint and on that basis denies them.

76.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 76 of the Complaint and on that basis denies them.

77.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 77 of the Complaint and on that basis denies them.

78.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 78 of the Complaint and on that basis denies them.

79.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 79 of the Complaint and on that basis denies them.

80.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 80 of the Complaint and on that basis denies them.

81.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 81 of the Complaint and on that basis denies them.

### *After Subjecting Plaintiff to Sexual Harassment and Fatphobic Comments, Defendants Retaliated Against Him*

82.     Roc Nation denies that Plaintiff was an employee of Roc Nation.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 82 of the Complaint and on that basis denies them.

83.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 83 of the Complaint and on that basis denies them.

84.     The allegations contained in paragraph 84 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 84 of the Complaint and on that basis denies them.  Roc Nation specifically denies that it "began to request fewer services of Plaintiff in favor of other photographers."

85.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 85 of the Complaint and on that basis denies them.

86.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 86 of the Complaint and on that basis denies them.

87.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 87 of the Complaint and on that basis denies them.

88.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 88 of the Complaint and on that basis denies them.

89.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 89 of the Complaint and on that basis denies them.

90.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 90 of the Complaint and on that basis denies them.

91.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 91 of the Complaint and on that basis denies them.

92.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 92 of the Complaint and on that basis denies them.

93.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 93 of the Complaint and on that basis denies them.

94.     Roc Nation denies the allegations contained in paragraph 94 of the Complaint.

95.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 95 of the Complaint and on that basis denies them.

96.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 96 of the Complaint and on that basis denies them.

97.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 97 of the Complaint and on that basis denies them.

### *Defendants Terminated Plaintiff's Employment*

98.     Roc Nation denies it had a "retaliation campaign" against Plaintiff.  Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 98 of the Complaint and on that basis denies them.

99.     The allegations contained in paragraph 99 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 99 of the Complaint and on that basis denies them.

100.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 100 of the Complaint and on that basis denies them.

101.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 101 of the Complaint and on that basis denies them.

102.     The allegations contained in paragraph 102 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 102 of the Complaint and on that basis denies them.

103.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 103 of the Complaint and on that basis denies them.

104.    The allegations contained in paragraph 104 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 104 of the Complaint and on that basis denies them.

105.    The allegations contained in paragraph 105 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 105 of the Complaint and on that basis denies them.

106.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 106 of the Complaint and on that basis denies them.

107.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 107 of the Complaint and on that basis denies them.

108.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 108 of the Complaint and on that basis denies them.

109.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 109 of the Complaint and on that basis denies them.

***Defendants' Retaliation Continues After the Termination of Plaintiff's Employment***

110.    The allegations contained in paragraph 110 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a

belief as to the allegations contained in paragraph 110 of the Complaint and on that basis denies them.

111.    Roc Nation denies that it terminated Plaintiff and denies that Plaintiff ever worked for Roc Nation.  Roc Nation denies that it ever prohibited Plaintiff from working for anyone.  Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 111 of the Complaint and on that basis denies them.

112.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 112 of the Complaint and on that basis denies them.

113.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 113 of the Complaint and on that basis denies them.

114.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 114 of the Complaint and on that basis denies them.

115.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 115 of the Complaint and on that basis denies them.

116.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 116 of the Complaint and on that basis denies them.

117.    Roc Nation denies Plaintiff was ever employed by Roc Nation.  Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 117 of the Complaint and on that basis denies them.

118.    The allegations contained in paragraph 118 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 118 of the Complaint.

119.    The allegations contained in paragraph 119 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 119 of the Complaint and denies Plaintiff is entitled to any relief.

120.    The allegations contained in paragraph 120 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 120 of the Complaint and denies Plaintiff is entitled to any relief.

121.    The allegations contained in paragraph 121 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 121 of the Complaint and denies Plaintiff is entitled to any relief.

122.    The allegations contained in paragraph 122 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 122 of the Complaint and denies Plaintiff is entitled to any relief.

### *Wage and Hour Violations*

123.    The allegations contained in paragraph 123 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required. To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 123 of the Complaint and on that basis denies them.

124.    Roc Nation repeats and reiterates answers to paragraphs 1 through 124 of the Complaint as if fully set forth herein.

125.    The allegations contained in paragraph 125 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

126.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 126 of the Complaint and on that basis denies them.

127.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 127 of the Complaint and on that basis denies them.

128.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 128 of the Complaint and on that basis denies them.

129.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 129 of the Complaint and on that basis denies them.

130.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 130 of the Complaint and on that basis denies them.

131.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 131 of the Complaint and on that basis denies them.

132.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 132 of the Complaint and on that basis denies them.

133.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 133 of the Complaint and on that basis denies them.

134.    Roc Nation denies that it ever paid Plaintiff any form of compensation and denies that Plaintiff ever worked for Roc Nation.  Roc Nation denies knowledge or information sufficient

to form a belief as to the remaining allegations contained in paragraph 134 of the Complaint and on that basis denies them.

135.    Roc Nation denies that it altered Plaintiff's compensation structure.  To the extent the allegations contained in Paragraph 135 of the Complaint are based on documents and/or statements made during the timeframe identified, Roc Nation refers to those documents and statements for their full and complete contents and denies any allegations inconsistent therewith. Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 135 of the Complaint and on that basis denies them.

136.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 136 of the Complaint and on that basis denies them.

137.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 137 of the Complaint and on that basis denies them.

138.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 138 of the Complaint and on that basis denies them.

139.    The allegations contained in paragraph 139 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 139 of the Complaint and on that basis denies them.

140.    The allegations contained in paragraph 140 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

141.    The allegations contained in paragraph 141 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the

extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 141 of the Complaint and on that basis denies them.

142.    The allegations contained in paragraph 142 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 142 of the Complaint and on that basis denies them.

143.    The allegations contained in paragraph 143 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 143 of the Complaint and on that basis denies them.

144.    Roc Nation denies ever controlling any of Plaintiff's work records.  The allegations contained in paragraph 144 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 144 of the Complaint and on that basis denies them.

145.    The allegations contained in paragraph 145 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 145 of the Complaint and on that basis denies them.

146.    The allegations contained in paragraph 146 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 146 of the Complaint and on that basis denies them.

## AS A FIRST CAUSE OF ACTION AGAINST ALL DEFENDANTS
### DISCRIMINATION UNDER THE NYSHRL

147.    Roc Nation repeats and reiterates answers to paragraphs 1 through 146 of the Complaint as if fully set forth herein.

148.    The allegations contained in paragraph 148 of the Complaint set forth a legal conclusion to which no response is required.

149.    Roc Nation denies the allegations contained in paragraph 149 of the Complaint as they pertain to Roc Nation.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 149 of the Complaint as they pertain to any other Defendant and on that basis denies them.

## AS A SECOND CAUSE OF ACTION AGAINST ALL DEFENDANTS
### RETALIATION UNDER THE NYSHRL

150.    Roc Nation repeats and reiterates answers to paragraphs 1 through 149 of the Complaint as if fully set forth herein.

151.    The allegations contained in paragraph 151 of the Complaint set forth a legal conclusion to which no response is required.

152.    Roc Nation denies the allegations contained in paragraph 152 of the Complaint as they pertain to Roc Nation.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 152 of the Complaint as they pertain to any other Defendant and on that basis denies them.

153.    Roc Nation denies the allegations contained in paragraph 153 of the Complaint as they pertain to Roc Nation.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 153 of the Complaint as they pertain to any other Defendant and on that basis denies them.

154.    The allegations contained in paragraph 154 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 154 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 154 of the Complaint as they pertain to any other Defendant and on that basis denies them.

**AS A THIRD CAUSE OF ACTION AGAINST ALL DEFENDANTS**
**DISCRIMINATION UNDER THE NYCHRL**

155.    Roc Nation repeats and reiterates answers to paragraphs 1 through 154 of the Complaint as if fully set forth herein.

156.    The allegations contained in paragraph 156 of the Complaint set forth a legal conclusion to which no response is required.

157.    The allegations contained in paragraph 157 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 157 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 157 of the Complaint as they pertain to any other Defendant and on that basis denies them.

## AS A FOURTH CAUSE OF ACTION AGAINST ALL DEFENDANTS
## RETALIATION IN VIOLATION OF THE NYCHRL

158.    Roc Nation repeats and reiterates answers to paragraphs 1 through 157 of the Complaint as if fully set forth herein.

159.    The allegations contained in paragraph 159 of the Complaint set forth a legal conclusion to which no response is required.

160.    The allegations contained in paragraph 160 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 160 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 160 of the Complaint as they pertain to any other Defendant and on that basis denies them.

161.    The allegations contained in paragraph 161 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 161 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 161 of the Complaint as they pertain to any other Defendant and on that basis denies them.

## AS A FIFTH CAUSE OF ACTION AGAINST ALL DEFENDANTS
## WHISTLEBLOWER RETALIATION IN VIOLATION OF NYLL § 740

162.    Roc Nation repeats and reiterates answers to paragraphs 1 through 161 of the Complaint as if fully set forth herein.

163.    The allegations contained in paragraph 163 of the Complaint set forth a legal conclusion to which no response is required.

164.    The allegations contained in paragraph 164 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 164 of the Complaint.

165.    The allegations contained in paragraph 165 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required. To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 165 of the Complaint and on that basis denies them.

166.    The allegations contained in paragraph 166 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 166 of the Complaint. Roc Nation denies that Plaintiff made any complaints to Roc Nation.

167.    The allegations contained in paragraph 167 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 167 of the Complaint.

## AS A SIXTH CAUSE OF ACTION AGAINST ALL DEFENDANTS
## RETALIATION IN VIOLATION OF NYLL § 215

168.    Roc Nation repeats and reiterates answers to paragraphs 1 through 167 of the Complaint as if fully set forth herein.

169.    The allegations contained in paragraph 169 of the Complaint set forth a legal conclusion to which no response is required.

170.    The allegations contained in paragraph 170 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 170 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 170 of the Complaint as they pertain to any other Defendant and on that basis denies them.

171.    The allegations contained in paragraph 171 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 171 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 171 of the Complaint as they pertain to any other Defendant and on that basis denies them.  Roc Nation denies that it ever paid Plaintiff any form of compensation and thus could not have withheld any part of Plaintiff's compensation.

172.    The allegations contained in paragraph 172 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 172 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 172 of the Complaint as they pertain to any other Defendant and on that basis denies them.

173.    The allegations contained in paragraph 173 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 173 of the Complaint and denies Plaintiff is entitled to any relief.

### AS A SEVENTH CAUSE OF ACTION AGAINST ALL DEFENDANTS
### FAILURE TO PAY PROPER WAGES AND OVERTIME UNDER NYLL

174.    Roc Nation repeats and reiterates answers to paragraphs 1 through 173 of the Complaint as if fully set forth herein.

175.    The allegations contained in paragraph 175 of the Complaint set forth a legal conclusion to which no response is required.

176.    The allegations contained in paragraph 176 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 176 of the Complaint.

177.    The allegations contained in paragraph 177 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 177 of the Complaint as they pertain to Roc Nation.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 177 of the Complaint as they pertain to any other Defendant and on that basis denies them.  Roc Nation denies that it ever paid Plaintiff any form of compensation and denies that it had an obligation to pay Plaintiff any form of compensation.

178.    The allegations contained in paragraph 178 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 178 of the Complaint as they pertain to Roc Nation.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 178 of the Complaint as they pertain to any other Defendant and on that basis denies them.

179.    The allegations contained in paragraph 179 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies

the allegations contained in paragraph 179 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 179 of the Complaint as they pertain to any other Defendant and on that basis denies them.

180. The allegations contained in paragraph 180 of the Complaint set forth a legal conclusion to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 180 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 180 of the Complaint as they pertain to any other Defendant and on that basis denies them.

181. The allegations contained in paragraph 181 of the Complaint set forth a legal conclusion to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 181 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 181 of the Complaint as they pertain to any other Defendant and on that basis denies them.

182. The allegations contained in paragraph 182 of the Complaint set forth a legal conclusion to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 182 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 182 of the Complaint as they pertain to any other Defendant and on that basis denies them.

183. The allegations contained in paragraph 183 of the Complaint set forth a legal conclusion to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 183 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 183 of the Complaint as they pertain to any other Defendant and on that basis denies them.

184.    The allegations contained in paragraph 184 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 184 of the Complaint as they pertain to Roc Nation.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 184 of the Complaint as they pertain to any other Defendant and on that basis denies them.

185.    The allegations contained in paragraph 185 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 185 of the Complaint and denies Plaintiff is entitled to any relief.

**AS AN EIGHTH CAUSE OF ACTION AGAINST ALL DEFENDANTS**
**FAILURE TO PROVIDE WAGE NOTICE AND PAY STATEMENTS UNDER NYLL**

186.    Roc Nation repeats and reiterates answers to paragraphs 1 through 185 of the Complaint as if fully set forth herein.

187.    The allegations contained in paragraph 187 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 187 of the Complaint.

188.    The allegations contained in paragraph 188 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

189.    The allegations contained in paragraph 189 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 189 of the Complaint.

190.    The allegations contained in paragraph 190 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 190 of the Complaint.

191.    The allegations contained in paragraph 191 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 191 of the Complaint.

192.    The allegations contained in paragraph 192 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 192 of the Complaint.

193.    The allegations contained in paragraph 193 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 193 of the Complaint.

194.    The allegations contained in paragraph 174 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

195.    The allegations contained in paragraph 195 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

196.    The allegations contained in paragraph 196 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the

extent a response is required, Roc Nation denies the allegations contained in paragraph 196 of the Complaint and denies Plaintiff is entitled to any relief.

197.    The allegations contained in paragraph 197 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 197 of the Complaint and denies Plaintiff is entitled to any relief.

## AS A NINTH CAUSE OF ACTION AGAINST ALL DEFENDANTS
## HOSTILE WORK ENVIRONMENT HARASSMENT IN VIOLATION OF FEHA

198.    Roc Nation repeats and reiterates answers to paragraphs 1 through 197 of the Complaint as if fully set forth herein.

199.    Roc Nation admits it employed five or more people in the relevant time period but denies that it ever employed Plaintiff.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 199 of the Complaint as they pertain to any other Defendant and on that basis denies them.

200.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 200 of the Complaint and on that basis denies them.

201.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 201 of the Complaint and on that basis denies them.

202.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 202 of the Complaint and on that basis denies them.

203.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 203 of the Complaint and on that basis denies them.

204.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 204 of the Complaint and on that basis denies them.

205.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 205 of the Complaint and on that basis denies them.

206.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 206 of the Complaint and on that basis denies them.

207.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 207 of the Complaint and on that basis denies them.

208.    Roc Nation denies that it altered Plaintiff's compensation structure.  Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 208 of the Complaint and on that basis denies them.

209.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 209 of the Complaint and on that basis denies them.

210.    The allegations contained in paragraph 210 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 210 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 210 of the Complaint as they pertain to any other Defendant and on that basis denies them.

211.    The allegations contained in paragraph 211 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 211 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 211 of the Complaint as they pertain to any other Defendant and on that basis denies them.

212.    The allegations contained in paragraph 212 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 212 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 212 of the Complaint as they pertain to any other Defendant and on that basis denies them.

213.    The allegations contained in paragraph 213 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 213 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 213 of the Complaint as they pertain to any other Defendant and on that basis denies them and denied Plaintiff is entitled to any relief.

**AS A TENTH CAUSE OF ACTION AGAINST**
**ROC NATION, HGT, STALLION ENTERTAINMENT, and DOES 1-10**
**<u>FAILURE TO PREVENT AND REMEDY HARASSMENT IN VIOLATION OF FEHA</u>**

214.    Roc Nation repeats and reiterates answers to paragraphs 1 through 213 of the Complaint as if fully set forth herein.

215.    Roc Nation admits it employed five or more people in the relevant time period but denies that it ever employed Plaintiff.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 215 of the Complaint as they pertain to any other Defendant and on that basis denies them.

216.    The allegations contained in paragraph 216 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 216 of the Complaint and on that basis denies them.

217.    The allegations contained in paragraph 217 of the Complaint set forth a legal conclusion to which no response is required.

218.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 218 of the Complaint and on that basis denies them.

219.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 219 of the Complaint and on that basis denies them.

220.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 220 of the Complaint and on that basis denies them.

221.    Roc Nation denies that it altered Plaintiff's compensation structure.  Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 221 of the Complaint and on that basis denies them.

222.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 222 of the Complaint and on that basis denies them.

223.    To the extent the allegations contained in Paragraph 223 of the Complaint are based on documents and/or statements made during the timeframe identified, Roc Nation refers to those documents and statements for their full and complete contents and denies any allegations inconsistent therewith.  Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 223 of the Complaint and on that basis denies them.

224.    The allegations contained in paragraph 224 of the Complaint set forth a legal conclusion to which no response is required. To the extent a response is required, Roc Nation denies the allegations contained in paragraph 224 of the Complaint as they pertain to Roc Nation.  Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained

in paragraph 224 of the Complaint as they pertain to any other Defendant and on that basis denies them and denies Plaintiff is entitled to any relief.

225.    The allegations contained in paragraph 225 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 225 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 225 of the Complaint as they pertain to any other Defendant and on that basis denies them and denies Plaintiff is entitled to any relief.

226.    The allegations contained in paragraph 226 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 226 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 226 of the Complaint as they pertain to any other Defendant and on that basis denies them and denies Plaintiff is entitled to any relief.

### AS A TWELFTH CAUSE OF ACTION AGAINST ALL DEFENDANTS FAILURE TO PROVIDE MEAL AND REST PERIODS IN VIOLATION OF LABOR CODE§§ 226.7 and 512

227.    Roc Nation repeats and reiterates answers to paragraphs 1 through 226 of the Complaint as if fully set forth herein.

228.    The allegations contained in paragraph 228 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

229.    The allegations contained in paragraph 229 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  Roc

Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

230.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 230 of the Complaint and on that basis denies them.

231.    The allegations contained in paragraph 231 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

232.    The allegations contained in paragraph 232 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

233.    The allegations contained in paragraph 233 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

234.    The allegations contained in paragraph 234 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

235.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 235 of the Complaint and on that basis denies them.

**AS A THIRTEENTH CAUSE OF ACTION AGAINST ALL DEFENDANTS**
**FAILURE TO PAY OVERTIME IN VIOLATION OF**
**LABOR CODE §§ 510-515, 1194 & 1198**

236.     Roc Nation repeats and reiterates answers to paragraphs 1 through 235 of the Complaint as if fully set forth herein.

237.     The allegations contained in paragraph 237 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

238.     The allegations contained in paragraph 238 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

239.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 239 of the Complaint and on that basis denies them.

240.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 240 of the Complaint and on that basis denies them.

241.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 241 of the Complaint and on that basis denies them.

242.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 242 of the Complaint and on that basis denies them.

243.     Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 243 of the Complaint and on that basis denies them.

244.     Roc Nation denies that it altered Plaintiff's compensation structure and denies that Plaintiff ever performed work for Roc Nation.  To the extent the allegations contained in Paragraph 244 of the Complaint are based on documents and/or statements made during the timeframe identified, Roc Nation refers to those documents and statements for their full and complete contents and denies any allegations inconsistent therewith.  Roc Nation denies knowledge or information

sufficient to form a belief as to the remaining allegations contained in paragraph 244 of the Complaint and on that basis denies them.

245.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 245 of the Complaint and on that basis denies them.

246.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 246 of the Complaint and on that basis denies them.

247.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 247 of the Complaint and on that basis denies them.

248.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 248 of the Complaint and on that basis denies them.

249.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 249 of the Complaint and on that basis denies them.

250.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 250 of the Complaint and on that basis denies them.

251.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 251 of the Complaint and on that basis denies them.

252.    The allegations contained in paragraph 252 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

253.    The allegations contained in paragraph 253 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the

extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

254.    The allegations contained in paragraph 254 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

255.    The allegations contained in paragraph 255 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

256.    The allegations contained in paragraph 256 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

257.    The allegations contained in paragraph 257 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

258.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 258 of the Complaint and on that basis denies them.

**AS A FOURTEENTH CAUSE OF ACTION AGAINST ALL DEFENDANTS**
**INACCURATE WAGE STATEMENTS IN VIOLATION OF LABOR CODE§ 226(A)**

259.    Roc Nation repeats and reiterates answers to paragraphs 1 through 258 of the Complaint as if fully set forth herein.

260.    The allegations contained in paragraph 260 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

261.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 261 of the Complaint and on that basis denies them.

262.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 262 of the Complaint and on that basis denies them.

263.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 263 of the Complaint and on that basis denies them.

264.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 264 of the Complaint and on that basis denies them.

265.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 265 of the Complaint and on that basis denies them.

266.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 266 of the Complaint and on that basis denies them.

267.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 267 of the Complaint and on that basis denies them.

268.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 268 of the Complaint and on that basis denies them.

269.    The allegations contained in paragraph 269 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

270.    The allegations contained in paragraph 270 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

271.    The allegations contained in paragraph 271 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

272.    The allegations contained in paragraph 272 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

273.    The allegations contained in paragraph 273 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

274.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 274 of the Complaint and on that basis denies them.

### AS A FIFTEENTH CAUSE OF ACTION AGAINST ALL DEFENDANTS
### WAITING TIME PENALTIES IN VIOLATION OF LABOR CODE§§ 200-204

275.    Roc Nation repeats and reiterates answers to paragraphs 1 through 274 of the Complaint as if fully set forth herein.

276.    The allegations contained in paragraph 276 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

277.    The allegations contained in paragraph 277 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

278.    The allegations contained in paragraph 278 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.

279.    The allegations contained in paragraph 279 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

280.    The allegations contained in paragraph 280 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

281.    The allegations contained in paragraph 281 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

282.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 282 of the Complaint and on that basis denies them.

### AS A SIXTEENTH CAUSE OF ACTION AGAINST ALL DEFENDANTS
### VIOLATION OF LABOR CODE §§98.6 and 1102.5

283.    Roc Nation repeats and reiterates answers to paragraphs 1 through 282 of the Complaint as if fully set forth herein.

284.    The allegations contained in paragraph 284 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

285.    The allegations contained in paragraph 285 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

286.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 286 of the Complaint and on that basis denies them.

287.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 287 of the Complaint and on that basis denies them.

288.    Roc Nation denies that it altered Plaintiff's compensation structure and denies that Plaintiff ever performed work for Roc Nation.  To the extent the allegations contained in Paragraph 288 of the Complaint are based on documents and/or statements made during the timeframe identified, Roc Nation refers to those documents and statements for their full and complete contents and denies any allegations inconsistent therewith.  Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 111 of the Complaint and on that basis denies them.

289.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 289 of the Complaint and on that basis denies them.

290.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 290 of the Complaint and on that basis denies them.

291.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 291 of the Complaint and on that basis denies them.

292.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 292 of the Complaint and on that basis denies them.

293.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 293 of the Complaint and on that basis denies them.

294.    Roc Nation denies that it altered Plaintiff's compensation structure and denies that Plaintiff ever performed work for Roc Nation.  To the extent the allegations contained in Paragraph 294 of the Complaint are based on documents and/or statements made during the timeframe identified, Roc Nation refers to those documents and statements for their full and complete contents and denies any allegations inconsistent therewith.  Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 294 of the Complaint and on that basis denies them.

295.    Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 295 of the Complaint and on that basis denies them.

296.    To the extent the allegations contained in Paragraph 296 of the Complaint are based on documents and/or statements made during the timeframe identified, Roc Nation refers to those documents and statements for their full and complete contents and denies any allegations inconsistent therewith.  Roc Nation denies knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 296 of the Complaint and on that basis denies them.

297.    The allegations contained in paragraph 297 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the

extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections.

298.    The allegations contained in paragraph 298 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

299.    The allegations contained in paragraph 299 of the Complaint set forth a legal conclusion or Plaintiff's characterization of the Complaint to which no response is required.  To the extent a response is required, Roc Nation denies it employed Plaintiff and therefore denies it had any obligations under the relevant Labor Code sections and denies Plaintiff is entitled to any relief.

**AS A SEVENTEENTH CAUSE OF ACTION AGAINST ALL DEFENDANTS**
**VIOLATION OF CALIFORNIA BUSINESS & PROFESSIONS CODE§§ 17200, ET SEQ**

300.    Roc Nation repeats and reiterates answers to paragraphs 1 through 299 of the Complaint as if fully set forth herein.

301.    The allegations contained in paragraph 301 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 301 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 301 of the Complaint as they pertain to any other Defendant and on that basis denies them.

302.    The allegations contained in paragraph 302 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 302 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations

contained in paragraph 302 of the Complaint as they pertain to any other Defendant and on that basis denies them.

303.    The allegations contained in paragraph 303 of the Complaint set forth a legal conclusion to which no response is required.

304.    The allegations contained in paragraph 304 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 304 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 304 of the Complaint as they pertain to any other Defendant and on that basis denies them.

305.    The allegations contained in paragraph 305 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 305 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 305 of the Complaint as they pertain to any other Defendant and on that basis denies them.

306.    The allegations contained in paragraph 306 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 306 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 306 of the Complaint as they pertain to any other Defendant and on that basis denies them.

307.    The allegations contained in paragraph 307 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 307 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 307 of the Complaint as they pertain to any other Defendant and on that basis denies them.

308.    The allegations contained in paragraph 308 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 308 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 308 of the Complaint as they pertain to any other Defendant and on that basis denies them.

309.    The allegations contained in paragraph 309 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 309 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 309 of the Complaint as they pertain to any other Defendant and on that basis denies them.

310.    The allegations contained in paragraph 310 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 310 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations

contained in paragraph 310 of the Complaint as they pertain to any other Defendant and on that basis denies them.

311.    The allegations contained in paragraph 311 of the Complaint set forth a legal conclusion to which no response is required.  To the extent a response is required, Roc Nation denies the allegations contained in paragraph 311 of the Complaint as they pertain to Roc Nation. Roc Nation denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 311 of the Complaint as they pertain to any other Defendant and on that basis denies them.  Roc Nation denies Plaintiff is entitled to any relief.

## DEMAND FOR JURY TRIAL

312.    Roc Nation denies Plaintiff's entitlement to a jury trial.

## PRAYER FOR RELIEF

Roc Nation denies that Plaintiff is entitled to any of the relief he seeks or any relief whatsoever, including those stated in subparts A through I of Plaintiff's Prayer for Relief.  Roc Nation denies all allegations Plaintiff makes in his Prayer for Relief.

## AFFIRMATIVE DEFENSES

Each and every allegation in the Complaint which has not been explicitly admitted above is denied.  By way of further defense, Roc Nation sets forth the following separate and affirmative defenses.  The statement of any defense or affirmative defense in this Answer does not assume the burden of proof for any issue as to which applicable law places the burden on Plaintiff.

## FIRST DEFENSE

The Complaint fails, in whole or in part, to state a cause of action upon which relief may be granted.

## SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statute(s) of limitations and/or governing administrative time limitations.

## THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, because he failed to comply with or exhaust administrative, internal, and/or statutory remedies and/or prerequisites for bringing his claims.

## FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Roc Nation never acted as Plaintiff's employer.

## FIFTH DEFENSE

Roc Nation never subjected Plaintiff to any harassing or retaliatory treatment.

## SIXTH DEFENSE

Roc Nation never subjected Plaintiff to an adverse employment action.

## SEVENTH DEFENSE

Plaintiff's claims, in whole or in part, are offset by any earnings, severance pay, unemployment compensation, and any other pay or benefits as provided by law.

## EIGHTH DEFENSE

Any adverse employment action(s) to which Plaintiff was purportedly subjected (which he was not) was the sole result of and undertaken exclusively for legitimate, nondiscriminatory and nonretaliatory business reasons unrelated to any protected qualifications or status he may have, none of which can be shown to be pretextual.

## NINTH DEFENSE

Plaintiff was not subjected to any harassment, retaliation, or other illegal conduct.

**TENTH DEFENSE**

Roc Nation established and complied with policies, programs, and procedures for the prevention and detection of unlawful discriminatory practices by employees, agents, and persons employed as independent contractors.

**ELEVENTH DEFENSE**

Plaintiff's damages, if any, were caused, in whole or in part, by his own acts or omissions, and his claims are therefore barred or limited by the doctrines of comparative or contributory negligence and/or the doctrine of avoidable consequences.

**TWELFTH DEFENSE**

As a matter of fact and law, Roc Nation is not liable to Plaintiff for any reason or under any theory.

**THIRTEENTH DEFENSE**

Without conceding or admitting any of Plaintiff's allegations of wrongdoing, Roc Nation states that no harassing or retaliatory conduct was perpetrated by any Roc Nation employees who possessed the authority to take a tangible employment action against Plaintiff.

**FOURTEENTH DEFENSE**

Plaintiff's claims are barred or limited by the exclusivity provisions of the New York Worker's Compensation Act.

**FIFTEENTH DEFENSE**

Plaintiff does not have any statutory or other basis for recovering damages, compensatory damages, economic damages, liquidated damages, punitive damages, lost wages, lost employment benefits, equitable relief, declaratory relief, attorneys' fees, disbursements, interest, and/or costs or expenses of suit in this action.

## SIXTEENTH DEFENSE

Roc Nation acted in good faith and, at all times, reasonably believed that its conduct was in compliance with the law and, in fact, its conduct did not violate any law.

## SEVENTEENTH DEFENSE

Any claims for punitive damages are barred to the extent that Roc Nation's alleged conduct was not willful, egregious, wanton, or in reckless disregard of Plaintiff's rights and not committed by the level of actors required by law for such damages.

## EIGHTEENTH DEFENSE

Any claims for punitive damages are barred because Roc Nation acted in good faith and, at all times, reasonably believed that its conduct was in compliance with the law, and, under the circumstances of this action, an award of punitive damages would violate the United States, California, and New York Constitutions and statutes.

## NINETEENTH DEFENSE

If Roc Nation perpetrated any of the acts or omissions alleged in Plaintiff's Complaint, all of which Roc Nation denies, then Roc Nation asserts that said acts or omissions were not carried out willfully, knowingly, intentionally, recklessly, or with any fraud or malice towards Plaintiff.

## TWENTIETH DEFENSE

No action or omission of Roc Nation was the proximate cause of any alleged injury, loss, or damage to Plaintiff, and, thus, the Complaint and all claims stated therein should be dismissed because there exists no causal connection between the asserted claims and any damages that Plaintiff has allegedly suffered.

## TWENTY-FIRST DEFENSE

Roc Nation is not liable for the alleged damages because, if any person or entity engaged in any of the conduct alleged in the Complaint, such conduct was undertaken without the knowledge (whether actual or constructive), authorization, or ratification of Roc Nation, and/or was undertaken by persons or entities over whom Roc Nation had no control or authority to control.

## TWENTY-SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of After-Acquired Evidence.

## TWENTY-THIRD DEFENSE

Upon information and belief, Plaintiff has failed, in whole or in part, to mitigate his purported damages.

## TWENTY-FOURTH DEFENSE

Plaintiff's claims are barred, in whole or in part, due to the doctrines of unclean hands, laches, estoppel, consent, release, ratification, privilege and justification, acquiescence, accord and satisfaction, payment and release, and/or waiver.

## TWENTY-FIFTH DEFENSE

Plaintiff's claims for damages and other relief are barred by Roc Nation's good faith efforts to comply with the applicable laws, rules, and regulations.

## TWENTY-SIXTH DEFENSE

Upon information and believe Plaintiff's claims for damages and other relief are barred to the extent they are brought pursuant to California law because California law does not apply in this action.

Roc Nation hereby reserves the right to assert such other and further defenses to Plaintiff's Complaint as further investigation and discovery of the facts may warrant.

**WHEREFORE**, Roc Nation denies that Plaintiff is entitled to any of the relief demanded in his Complaint and respectfully requests that an award be entered in its favor and against Plaintiff, dismissing Plaintiff's Complaint in its entirety and with prejudice, and awarding Defendant's attorneys' fees, costs, and such other and further relief as deemed equitable and just.

Dated: August 29, 2025

Respectfully submitted,

REED SMITH LLP

*/s/ Michael R. Kleinmann*
Jordan W. Siev
Michael R. Kleinmann (*pro hac vice*)
Corrie J. Buck (*pro hac vice*)
*Counsel for Roc Nation, LLC*
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
JSiev@ReedSmith.com
MKleinmann@ReedSmith.com
cbuck@reedsmith.com