September 3, 2025

***VIA ECF***

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **RE:**   *Emilio Garcia v. Roc Nation LLC, et al.*
               S.D.N.Y. Case No. 24-cv-07587 (GHW)

Dear Judge Woods:

Plaintiff Emilio Garcia ("Plaintiff") and Defendants Megan Thee Stallion, Megan Thee Stallion Entertainment, Inc. and Hot Girl Touring, LLC (the "Pete Defendants"), and Roc Nation, LLC ("Roc Nation") (collectively "Parties") write jointly to provide a status update regarding the above captioned action, pursuant to the November 18, 2024 scheduling order (the "Scheduling Order"). (Dkt. No. 64.)

**Upcoming Deadlines**

The Court has scheduled a Pre-Motion Conference for September 4, 2025 at 4:00 p.m. regarding Defendant's intent to file a disposition, as discussed below.

The Court has scheduled a telephonic status conference for September 10, 2025 at 4:00 p.m. All parties expect to appear and will provide an appearance sheet to the Court in advance thereof, in compliance with Rule 2(B) of Your Honor's Individual Rules of Practice in Civil Cases ("Individual Rules"). Pursuant to the Scheduling Order, the parties' deadline to file motion(s) for summary judgment is September 22, 2025. (Dkt. No. 64 ¶ 10.)

**Outstanding Motions**

There are no outstanding motions pending before the Court.

**Status of Discovery**

The parties have completed both fact discovery and expert discovery, including depositions of all fact witnesses and expert witnesses identified by both sides. The parties do not expect any further discovery to be completed and have no discovery disputes outstanding.

**Status of Settlement Discussions**

The parties engaged in a settlement discussion on August 13, 2025, during which Plaintiff agreed to provide Defendants with a written settlement demand. Plaintiff has not yet provided such demand to Defendants. Plaintiff will provide a settlement demand before the Status Conference on September 10, 2025.

**Trial**

The parties presently anticipate that any trial on this case will last one week and expect the case to be tried by a jury.

**Motions for Summary Judgment**

The Pete Defendants and Roc Nation submitted their pre-motion letters concerning their anticipated motions for summary judgment on August 28, 2025 (Dkt. Nos. 129-30) and the Court has set a pre-motion conference for September 4, 2025 at 4:00 p.m. (Dkt. No. 131.) The Pete Defendants also anticipate making a motion pursuant to Fed. R. Evid. 702 and *Daubert* to exclude the testimony of Plaintiff's expert, Dr. Jessica Rowe, which they will file contemporaneous with their summary judgment motion, in accordance with Rule 3(F) of Your Honor's Individual Rules. As the Defendants anticipate moving for summary judgment, the parties' proposed joint pre-trial order will be due 21-days after the Court issues its decision on such motions. (Dkt. No. 64 ¶ 11.)

Respectfully submitted,

| | |
|---|---|
| /s/ *Ronald Zambrano* | /s/ *Joanna E. Menillo* |
| **VALIANT LAW** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Joseph Jeziorkowski | Alex Spiro |
| Daniel Folchetti | Joanna E. Menillo |
| 2 Westchester Park Drive, Suite 205 | 295 Fifth Avenue |
| White Plains, New York 10604 | New York, New York 10016 |
| Tel.: (914) 730-2422 | Tel.: (212) 849-7000 |
| | |
| **WEST COAST TRIAL LAWYERS APLC** | |
| Ronald L. Zambrano (*pro hac vice*) | Mari Henderson (*pro hac vice*) |
| 1147 South Hope Street | Julian Schoen |
| Los Angeles, CA 90015 | 865 S. Figueroa Street, 10th Floor |
| Tel.: (213) 927-3700 | Tel.: (213) 443-3000 |
| | |
| *Attorneys for Plaintiff Emilio Garcia* | *Attorneys for Defendants Megan Thee Stallion, Hot Girl Touring, LLC, Megan Thee Stallion Entertainment, Inc.* |

/s/ *Jordan Siev*
**REED SMITH LLP**
Jordan Siev
Michael Kleinmann (*pro hac vice*)
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 205-6085

*Attorneys for Defendant Roc Nation, LLC*