December 4, 2025

**<u>VIA ECF</u>**

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   **RE:** *Emilio Garcia v. Roc Nation LLC, et al.*
      S.D.N.Y. Case No. 24-cv-07587 (GHW)
      Plaintiff's Request to File Corrected Memorandum of Law in Opposition to Defendants <u>Motion for Summary Judgement</u>

Dear Judge Woods:

Plaintiff Emilio Garcia ("Plaintiff") writes regarding the Pete Defendants' and Roc Nation's motions for summary judgment.

Pursuant to the Court's Order on September 5, 2025, Plaintiff filed opposition to the motions on November 17, 2025 (Dkt Nos. 157-158). Thereafter, it was discovered draft versions of the memorandums of law in opposition to the motions were inadvertently filed.

As such, Plaintiff respectfully requests permission for: (i) Plaintiff to file a corrected version the Memorandum of Law in Opposition to the Pete Defendants Motion for Summary Judgement (ii) Plaintiff to file a corrected version of the Memorandum of Law in Opposition to the Roc Nations's Motion for Summary Judgement (iii) a two-week extension from the date of the filing of the oppositions for Defendants file reply papers; and (iv) removal of the prior versions of the Memorandums from the Docket.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully submitted,


/s/ ***Ron Zambrano***

**VALIANT LAW**
Joseph Jeziorkowski, Esq.
Daniel Folchetti, Esq.
2975 Westchester Avenue, Suite 418
Purchase, New York, 10577
Tel.: (914) 730-2422

**WEST COAST TRIAL LAWYERS APLC**
Ronald L. Zambrano (*pro hac vice*)
1147 South Hope Street
Los Angeles, CA 90015
Tel.: (213) 927-3700

*Attorneys for Plaintiff Emilio Garcia*