December 4, 2025

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/05/2025

Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      **RE:**   *Emilio Garcia v. Roc Nation LLC, et al.*
             S.D.N.Y. Case No. 24-cv-07587 (GHW)
             Plaintiff's Request to File Corrected Memorandum of Law in Opposition to Defendants <u>Motion for Summary Judgement</u>

Dear Judge Woods:

Plaintiff Emilio Garcia ("Plaintiff") writes regarding the Pete Defendants' and Roc Nation's motions for summary judgment.

Pursuant to the Court's Order on September 5, 2025, Plaintiff filed opposition to the motions on November 17, 2025 (Dkt Nos. 157-158). Thereafter, it was discovered draft versions of the memorandums of law in opposition to the motions were inadvertently filed.

As such, Plaintiff respectfully requests permission for: (i) Plaintiff to file a corrected version the Memorandum of Law in Opposition to the Pete Defendants Motion for Summary Judgement (ii) Plaintiff to file a corrected version of the Memorandum of Law in Opposition to the Roc Nations's Motion for Summary Judgement (iii) a two-week extension from the date of the filing of the oppositions for Defendants file reply papers; and (iv) removal of the prior versions of the Memorandums from the Docket.

Plaintiff thanks the Court for its time and attention to this matter.

Respectfully submitted,

/s/ **Ron Zambrano**

The Court will not act on this application at this time. Counsel for Plaintiff is directed to confer with counsel for Defendants and file a supplemental letter with Defendants' views on Plaintiff's request. Plaintiff must also file a legal blackline of the new memorandums of law against the prior versions filed on November 17, 2025. These materials must be filed no later than December 8, 2025.

SO ORDERED.
Dated: December 5, 2025
New York, New York

                                                             GREGORY H. WOODS
                                                          United States District Judge