```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
EMILIO GARCIA,                                                 :
                                                               :
                                    Plaintiff,                 :    1:24-cv-7587-GHW
                                                               :
                -v-                                            :    ORDER
                                                               :
ROC NATION LLC, *et al.*,                                      :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 4, 2025, Plaintiff filed a letter on the docket requesting to file corrected memoranda of law in opposition to the motions for summary judgment filed by Defendant Roc Nation and Defendants Hot Girl Touring, LLC, Megan Thee Stallion Entertainment, Inc., and Megan Thee Stallion. Dkt. No. 163. The Court did not act on that request and ordered Plaintiff to file a letter identifying Defendants' views on that request and attaching blackline versions of the corrected memoranda against the as-filed versions no later than December 8, 2025. Dkt. No. 164. On December 8, 2025, Plaintiff filed these materials. Dkt. No. 166. Defendants filed a joint letter in opposition to Plaintiff's request and their reply memoranda in support of their respective motions for summary judgment and their pending motion to exclude expert testimony of Dr. Jessica Rowe. Dkt. Nos. 165, 167–72.

The Court has reviewed these submissions and is inclined to grant Plaintiff's request. Reviewing both the blackline and the as-filed memoranda, it appears that Plaintiff's as-filed briefs were draft versions with incomplete sections. The proposed corrected versions make formatting changes and remove incomplete sections, but do not appear to add any substantive arguments. *See, e.g.*, Dkt. No 166-2 at 19 (reflecting deletion of section entitled "Genuine Disputes of Material Fact Remain with Respect to Plaintiff's Hostile Work Environment Claim Under FEHA."). Accordingly,

there does not appear to be prejudice because Plaintiff does not appear to have made additions that Defendants did not have the opportunity to respond to.  As Defendants request, these changes do not add facts or argument and much of the amendment is limited to formatting.  Dkt. No. 165 at 2.

Accordingly, if Defendants have identified any substantive issues with the proposed corrected memoranda that they believe they did not have the opportunity to respond to in their replies, the Court orders Defendants to identify these to the Court no later than December 11, 2025 at 12:00 p.m.  The Court will consider whether to grant Defendants leave to file amended replies only upon receipt of such a letter.  If no letter is filed by that time, Plaintiff is granted leave to file the proposed corrected versions of his briefs and must do so no later than December 11, 2025 at 5:00 p.m.  The filing of the proposed corrected versions will constitute withdrawal of the as-field briefs in opposition.

    SO ORDERED.

Dated: December 9, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge