August 14, 2026

***VIA ECF***
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

>    RE: Emilio Garcia v. Roc Nation LLC, et al.
>    S.D.N.Y. Case No. 24-cv-07587 (GHW)
>    <u>Joint Letter Re: Trial Length and Availability and Request for Extension of Pretrial</u>
>    <u>Deadlines Under Rule 5 of Your Honor's Individual Rules</u>

Dear Judge Woods:

Plaintiff Emilio Garcia ("Plaintiff") and Defendants Megan Thee Stallion, Megan Thee Stallion Entertainment, Inc. and Hot Girl Touring, LLC (the "Pete Defendants"), and Roc Nation, LLC ("Roc Nation") (collectively "Defendants") (together the "Parties") respectfully submit this joint letter pursuant to the Court's August 7, 2026 Memorandum Opinion & Order, which directed the Parties to "file a joint letter describing their expectation for the length of trial in this case and their respective availabilities for trial."

Concurrent with this letter, Holland & Knight LLP is appearing as counsel for the Pete Defendants. Attorney Robert J. Burns has filed a Notice of Appearance on behalf of the Pete Defendants.

**Expected Length of Trial**
Following the Court's rulings on Defendants' motions for summary judgment, twelve (12) of Plaintiff's original sixteen (16) causes of action remain for trial.

In light of the number of remaining claims and the anticipated number of witnesses, the Parties presently estimate that trial will require approximately eight (8) trial days, inclusive of jury selection.

**Availabilities for Trial**
The Parties have conferred regarding their respective availabilities and propose the below dates for the Court's consideration as potential trial start dates. The Parties respectfully note that counsel for Defendants and Plaintiff have preexisting trial commitments and deadlines during the period from September through February.

- March 1, 2027
- March 15, 2027
- March 22, 2027
- June 7, 2027

All counsel are available during each of the above periods and are prepared to proceed. The Parties respectfully request that the Court select whichever of these dates best accommodates the Court's calendar.

**Request for Extension of Pretrial Deadlines Under Rule 5**

Pursuant to Rule 5(A) of Your Honor's Individual Rules of Practice in Civil Cases, the joint pretrial order is due within 21 days from the date of the Court's decision on Defendants' motions for summary judgment, i.e., August 28, 2026. Rules 5(B) and 5(C) further require that at the time the joint pretrial order is filed, each party must also file and serve all related pretrial filings, including motions in limine, documentary exhibit submissions, pretrial memoranda of law, deposition designation tables, joint requests to charge, proposed verdict forms, and proposed voir dire questions. The Parties respectfully and jointly request that the deadlines for the joint pretrial order and all pretrial filings required by Rule 5(B) and 5(C) of Your Honor's Individual Rules be set at sixty (60) days prior to the trial date selected by the Court.

In addition to pre-scheduled conflicts on both sides and the appearance of new counsel for the Pete Defendants (which will require new counsel sufficient time to prepare for trial), given the number and complexity of the twelve (12) remaining claims, the Parties require additional time to confer regarding the components of the joint pretrial order required by Rule 5(A) and to prepare all related pretrial filings required by Rules 5(B) and 5(C). The requested extension would also provide the Parties with the time to try and agree on issues to streamline the trial. An application for extension of time "should generally be granted absent bad faith or prejudice to another party." *See Manigault v. ABC Inc.*, No. 18-3133, 2019 WL 6340254, at *15 (2d Cir. Nov. 27, 2019). There is no bad faith or prejudice here: both sides jointly seek this extension and consent to it.

This is the Parties' first request for an extension of the joint pretrial order deadline and related pretrial filings. All Parties consent to this request.

We thank the Court for its time and attention to this matter.

<div style="display:flex">
<div>

*/s/ Joseph Jeziorkowski*
**FJ LAW**
Joseph Jeziorkowski
2975 Westchester Ave Suite 418
Purchase, New York 10577
Tel.: (914) 730-2422
jjj@fjlglaw.com

**WEST COAST TRIAL LAWYERS APLC**
Ronald L. Zambrano (pro hac vice)
1147 South Hope Street
Los Angeles, CA 90015
Tel.: (213) 927-3700

*Attorneys for Plaintiff Emilio Garcia*

*/s/ Jordan Siev*
**REED SMITH LLP**
Jordan Siev
Michael Kleinmann (pro hac vice)
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 205-6085
jsiev@reedsmith.com
mkleinmann@reedsmith.com

*Attorneys for Defendant Roc Nation, LLC*

</div>
<div>

*/s/ Robert J. Burns*
**HOLLAND & KNIGHT LLP**
Robert J. Burns
787 Seventh Avenue
New York, NY 10019
Tel.: (212) 513-3200
robert.burns@hklaw.com

Antonia M. Moran (pro hac vice pending)
1650 Market Street Suite 3300
Philadelphia, PA 19103
Tel.: (215) 252-9600
toni.moran@hklaw.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex B. Spiro
Joanna E. Menillo
295 Fifth Avenue, 9th

New York, NY 10016
Tel.:(212) 849-7000
alexspiro@quinnemanuel.com
joannamenillo@quinnemanuel.com

Mari F. Henderson (pro hac vice)
Julian T. Schoen (pro hac vice)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel.: (213) 443-3000
marihenderson@quinnemanuel.com
julianschoen@quinnemanuel.com

*Attorneys for Pete Defendants*

</div>
</div>

3