August 14, 2026

***VIA ECF***
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE: Emilio Garcia v. Roc Nation LLC, et al.
      S.D.N.Y. Case No. 24-cv-07587 (GHW)
      Plaintiff's Letter re Exhibits Under Seal

Dear Judge Woods:

Plaintiff Emilio Garcia respectfully submits this letter in response to the Court's August 7, 2026, Memorandum and Order, Dkt. No. 176, specifically concerning the exhibits Plaintiff filed under seal in connection with Plaintiff's opposition to Defendants' motion for summary judgment. See Dkt. Nos. 159, 160, 161, and 162. Plaintiff met and conferred with Defendants regarding the sealing, redaction or filing without any redaction of those exhibits.

Plaintiff writes to advise the Court that he no longer seeks to maintain under seal those which were previously filed under seal marked as Plaintiff's Exhibits B, and Z.

Plaintiff further respectfully requests withdrawal of Exhibits P, Q, S, V, W, Y, AA and AC (previously filed under seal without redactions), and be granted leave to re-file same on the public docket with limited redactions of Personally Identifiable Information ("PII"), consistent with Federal Rule of Civil Procedure 5.2(a). In addition, Plaintiff seeks permission to redact the phone numbers, email addresses, and addresses contained within these same exhibits. Defendants indicated that they join in this request for refiling with limited redactions of PII in these exhibits.

Accordingly, Plaintiff respectfully requests that the Court permit the unsealing of Exhibits B and Z, permit the withdrawal of Exhibits P, Q, S, V, W, Y, AA and AC and grant Plaintiff leave to re-file same in unsealed form with limited redactions PII.

Respectfully submitted,

2

*/s/ Joseph Jeziorkowski*
**FJ LAW**
Joseph Jeziorkowski
Daniel Folchetti
2975 Westchester Ave, Suite 418
Purchase, New York 10577
Tel.: (914) 730-2422
joe@fjlglaw.com

**WEST COAST TRIAL LAWYERS APLC**
Ronald L. Zambrano (pro hac vice)
1147 South Hope Street
Los Angeles, CA 90015
Tel.: (213) 927-3700

*Attorneys for Plaintiff Emilio Garcia*

2

CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

Dated:  August 14, 2026          WEST COAST TRIAL LAWYERS, APLC


By  /s/ Ronald L. Zambrano
    _____
    Ronald L. Zambrano, Esq.
    Attorney for Plaintiff,
    EMILIO GARCIA

-1-

PROOF OF SERVICE