USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

EMILIO GARCIA,

Plaintiff,

-v -

ROC NATION LLC, *et al.*,

Defendants.

--------------------------------------------------------------X

1:24-cv-7587-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

A jury trial in this matter will begin on Monday, June 7, 2027 at 9:00 a.m. The Court will hold a final pretrial conference in this case on Monday, May 19, 2027 at 1:00 p.m. Both the final pretrial conference and the jury trial will be held in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York 10007.

The parties are directed to submit the following materials no later than March 29, 2027: (1) the joint pretrial order and other submissions permitted or required under Rule 5 of the Court's Individual Rules of Practice in Civil Cases, (2) a proposed brief, mutually acceptable description of the case, to be read to the venire, and (3) a proposed brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements.

SO ORDERED.

Dated: August 26, 2026
New York, New York

GREGORY H. WOODS
United States District Judge