WCTL WEST COAST® TRIAL LAWYERS
California | Nevada | Arizona | Washington

September 9, 2026

***VIA ECF***
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Emilio Garcia v. Roc Nation LLC, et al.
S.D.N.Y. Case No. 24-cv-07587 (GHW)
Plaintiff's Letter re Request for Extension of Opposition Deadline

Dear Judge Woods:

Counsel for Plaintiff Emilio Garcia respectfully writes concerning the deadline for his opposition to Defendant ROC Nation's Motion for Leave to Appeal, filed on September 4, 2026, as Docket No. 192. Under Local Rule 6.1(b), Plaintiff's opposition is currently due fourteen (14) days after service of the motion, making the current deadline September 18, 2026.

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff respectfully requests a three-week extension of Plaintiff's deadline to file that opposition. Plaintiff respectfully requests that the deadline be extended by three weeks, up to and including October 9, 2026.

The basis for this request is that Plaintiff's counsel is currently impacted due to a medical leave and a bereavement leave within the firms, which has affected their ability to prepare Plaintiff's opposition to the Motion for Leave to File an Appeal (Dkt. 192) on the current schedule. Plaintiff respectfully submits that the requested extension is necessary to permit adequate time to prepare a complete response to the issues raised in the motion.

This request is made in good faith and not for purposes of delay.

After meeting and conferring with counsel, Defendants indicated they do not object to this request, nor do they take a position on same.

1147 South Hope Street, Los Angeles, California 90015
Phone (213) 927-3700 (9285) Fax (213) 927-3701
www.westcoasttriallawyers.com

Respectfully submitted,

*/s/ Joseph Jeziorkowski*
**FJ LAW**
Joseph Jeziorkowski
Daniel Folchetti
2975 Westchester Ave, Suite 418
Purchase, New York 10577
Tel.: (914) 730-2422
joe@fjlglaw.com
*Attorneys for Plaintiff Emilio Garcia*

/s/ Ronald Zambrano
**WEST COAST TRIAL LAWYERS APLC**
Ronald L. Zambrano (pro hac vice)
1147 South Hope Street
Los Angeles, CA 90015
Tel.: (213) 927-3700
*Attorneys for Plaintiff Emilio Garcia*